The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAHAN ADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP and PROVIDENCE HEALTH & SERVICES,<br><br>Defendants. | No. 2:22-cv-00078-JHC<br><br>STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR COLLECTIVE AND CLASS CERTIFICATION MOTIONS |

## STIPULATION

The parties, by and through their counsel, stipulate to the following briefing schedule for collective and class certification motions. The parties stipulate and jointly request the Court to enter the proposed Order below approving the following briefing schedule:

- **January 31, 2023**: Last day for Plaintiff to file a motion for collective action certification:

- **February 28, 2023**: Last day for Defendants to file opposition to collective action certification.

- **March 21, 2023**: Last day for Plaintiff to file a reply in support of collective action certification.

- **April 4, 2023**: Proposed date for Hearing on Plaintiff's motion for collective

STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR
COLLECTIVE AND CLASS CERTIFICATION MOTIONS
(2:22-cv-00078-JHC) - 1

certification, depending on the Court's availability.

- **6 months after the close of any Court-authorized opt-in period or the Court's denial of conditional certification:** Deadline for Plaintiff to file a motion for class action certification.

- **28 days after Plaintiff files a motion for class certification:** Defendants shall file opposition to class action certification.

- **21 days after Defendants file their opposition to class certification:** Plaintiff shall file a reply in support of class action certification.

- **30 days after briefing on class certification is complete:** Proposed date for Hearing on Plaintiff's motion for class certification, depending on the Court's availability.

Should discovery require unanticipated Court intervention, or otherwise be delayed despite due diligence, the parties will discuss in good faith amendments to the above dates as may become necessary.

It is so stipulated and presented by the following counsel this 13th day of May, 2022.

| | |
|---|---|
| Terrell Marshall Law Group PLLC<br>Attorneys for Plaintiff<br><br>By: */s/ Beth E. Terrell*<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br><br>By: */s/ Jennifer Rust Murray*<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br><br>By: */s/ Erika L. Nusser*<br>Erika L. Nusser, WSBA #40854<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Tel: (206) 816-6603<br>Fax: (206) 319-5450<br>Email: enusser@terrellmarshall.com<br><br><br>Schneider Wallace Cottrell Konecky LLLP<br>Attorneys for Plaintiff<br><br>By: /s/Carolyn H. Cottrell | Davis Wright Tremaine LLP<br>Attorneys for Defendants Providence<br>Health & Services and Swedish Health<br>Services<br><br>By */s/ Paula Lehmann*<br>By */s/ Melissa Mordy*<br>By */s/ Margaret Burnham*<br>Paula Lehmann, WSBA #20678<br>Melissa Mordy, WSBA #41879<br>Margaret Burnham, WSBA #47860<br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA 98004-4786<br>Telephone: 425.646.6194<br>Fax: 425.646.6199<br>E-mail: paulalehmann@dwt.com<br>missymordy@dwt.com<br>megburnham@dwt.com<br><br>By */s/ Kathryn S. Rosen*<br>By */s/ Scott Prange*<br>Kathryn S. Rosen, WSBA #29465<br>Scott Prange, WSBA #53980<br>920 Fifth Avenue, Suite 3300 |

STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR
COLLECTIVE AND CLASS CERTIFICATION MOTIONS
(2:22-cv-00078-JHC) - 2

By: /s/Samantha A. Smith
By: /s/Andrew D. Weaver
Carolyn H. Cottrell, *Pro Hac Vice*
Samantha A. Smith*, Pro Hac Vice*
Andrew D. Weaver, *Pro Hac Vice*
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: ccottrell@schneiderwallace.com
sasmith@schneiderwallace.com
adweaver@schneiderwallace.com

Seattle, WA 98104-1610
Telephone: 206.757.8134
Fax: 206.757.7134
Email: katierosen@dwt.com
scottprange@dwt.com

By: /s/Jordyn D. Rystrom Emmert
Jordyn D. Rystrom Emmert, *Pro Hac Vice*
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Telephone: (713) 338-2560
Facsimile: (415) 421-7105
Email: jemmert@schneiderwallace.com

## ORDER

The Court has considered and approves the parties' stipulation.   IT IS SO ORDERED. DATED this 13th day of May, 2022.

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE