THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ISMAHAN ADAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP and PROVIDENCE HEALTH & SERVICES,

Defendants.

No. 2:22-cv-00078 JHC

**STIPULATED MOTION AND ORDER DISMISSING PROVIDENCE HEALTH & SERVICES WITHOUT PREJUDICE AND CONTINUING PLAINTIFF'S DEADLINE TO FILE MOTION FOR CONDITIONAL CLASS CERTIFICATION**

**Note on Motion Calendar:
January 11, 2023**

WHEREAS, on January 26, 2022, Plaintiff filed a Class and Collective Action Complaint against Defendants alleging violations based on (1) Failure to Pay Overtime Compensation for Improper Time Deductions; (2) Failure to Pay Overtime; (3) Failure to Provide Meal and Rest Breaks and Ensure Those Breaks Are Taken; (4) Failure to Pay Minimum Wages for All Hours Worked; (5) Failure to Pay Wages Owed at Termination; (6) Willful Refusal to Pay Wages; and (7) Violation of the Washington Consumer Protection Act;

STIPULATION AND ORDER - 1
Case No. 2:22-cv-00078 JHC

1  WHEREAS, the Parties met and conferred regarding the propriety of PROVIDENCE HEALTH & SERVICES as a named defendant in this action, and PLAINTIFF took a corporate representative deposition of PROVIDENCE HEALTH & SERVICES regarding its relationship with SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP on January 4, 2023;

WHEREAS, Defendants represent that PROVIDENCE HEALTH & SERVICES is an improperly named defendant in this action;

WHEREAS, by entering into this Stipulation, Plaintiff does not in any way acknowledge the accuracy or truthfulness of PROVIDENCE HEALTH & SERVICES' representations herein;

WHEREAS, by entering into this Stipulation, PROVIDENCE HEALTH & SERVICES does not in any way acknowledge the accuracy or truthfulness of Plaintiff's representations as alleged herein or in the Complaint;

WHEREAS, Plaintiff has agreed to dismiss PROVIDENCE HEALTH & SERVICES from this action, without prejudice;

WHEREAS, PROVIDENCE HEALTH & SERVICES is not providing direct or indirect consideration for their dismissal;

WHEREAS, the Parties seek to dismiss only PROVIDENCE HEALTH & SERVICES from this action, without prejudice;

WHEREAS, if Plaintiff determines through discovery that dismissed Defendant PROVIDENCE HEALTH & SERVICES should be made a party to this case, Plaintiff may file a motion to amend the complaint no later than the deadline to file class certification pursuant to FRCP Rule 23 and the Court's May 13, 2022 Order (Dkt. 27);

WHEREAS, PROVIDENCE HEALTH & SERVICES expressly waives any right to seek fees and costs from Plaintiff that have been incurred in defending this action up through this point unless Plaintiff successfully adds dismissed PROVIDENCE HEALTH & SERVICES as a party to this case at a later date;

STIPULATION AND ORDER - 2
Case No. 2:22-cv-00078 JHC

WHEREAS, on May 13, 2022, the Court Ordered, pursuant to the Parties' Stipulation on Briefing Schedule, that Plaintiff file a motion for collective certification by January 31, 2023, for Defendants to file their opposition by February 28, 2023, and for Plaintiff to file a reply by March 21, 2023. The hearing date was proposed to be April 6, 2023, subject to the Court's availability.

WHEREAS, the Parties agree that Plaintiff be provided an additional approximately 120 days to file her motion for collective certification, to allow the Parties sufficient time to engage in discovery related to the remaining Defendant, SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP prior to conditional certification of the class;

NOW, THEREFORE, subject to the approval of this Court, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1. PROVIDENCE HEALTH & SERVICES shall be dismissed from this action, without prejudice, subject to the terms and conditions contained in this Stipulation.

2. Plaintiff's deadline to file her motion for conditional class certification shall be continued to May 31, 2023, Defendant's deadline to file their opposition shall be June 30, 2023, and Plaintiff's deadline to file her reply shall be July 21, 2023. The hearing on Plaintiff's motion for conditional certification shall be continued to August 4, 2023, depending on the Court's availability.

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER - 3
Case No. 2:22-cv-00078 JHC

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

   RESPECTFULLY SUBMITTED AND DATED this 11th day of January, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Beth E. Terrell | By: /s/ Paula Lehmann |
| Beth E. Terrell, WSBA #26759 | Paula Lehmann, WSBA #20678 |
| Email: bterrell@terrellmarshall.com | E-mail: paulalehmann@dwt.com |
| Jennifer Rust Murray, WSBA #36983 | Melissa Mordy, WSBA #41879 |
| Email: jmurray@terrellmarshall.com | Email: missymordy@dwt.com |
| Erika L. Nusser, WSBA #40854 | Margaret Burnham, WSBA #47860 |
| Email: enusser@terrellmarshall.com | Email: megburnham@dwt.com |
| 936 North 34th Street, Suite 300 | 929 108th Avenue NE, Suite 1500 |
| Seattle, Washington 98103 | Bellevue, Washington 98004 |
| Telephone: (206) 816-6603 | Telephone: (425) 646-6194 |
| Facsimile: (206) 319-5450 | Facsimile: (425) 646-6199 |
| Andrew D. Weaver, *Pro Hac Vice* | |
| Email: adweaver@schneiderwallace.com | Kathryn S. Rosen, WSBA #29465 |
| Carolyn H. Cottrell, *Pro Hac Vice* | Email: katierosen@dwt.comScott |
| Email: ccottrell@schneiderwallace.com | Prange, WSBA #53980 |
| Samantha A. Smith, *Pro Hac Vice* | Email: scottprange@dwt.com |
| Email: sasmith@schneiderwallace.com | DAVIS WRIGHT TREMAINE LLP |
| SCHNEIDER WALLACE COTTRELL KONECKY LLLP | 920 Fifth Avenue, Suite 3300 |
| 2000 Powell Street, Suite 1400 | Seattle, WA 98104-1610 |
| Emeryville, California 94608 | Telephone: (206) 757-8134 |
| Telephone: (415) 421-7100 | Facsimile: (206) 757-7134 |
| Facsimile: (415) 421-7105 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

STIPULATION AND ORDER - 4
Case No. 2:22-cv-00078 JHC

**ORDER**

1. Defendant PROVIDENCE HEALTH & SERVICES is hereby dismissed from this action without prejudice.

2. Plaintiff Ismahan Adan's deadline to file her motion for conditional certification of the class shall be continued to May 31, 2023, Defendant's deadline to file their opposition shall be June 30, 2023, and Plaintiff's deadline to file her reply shall be July 21, 2023. The hearing on Plaintiff's motion for conditional certification shall be continued to August 4, 2023, depending on the Court's availability.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 11, 2023

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Erika L. Nusser, WSBA #40854
    Email: enusser@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

STIPULATION AND ORDER - 5
Case No. 2:22-cv-00078 JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Andrew D. Weaver, *Pro Hac Vice*
Email: adweaver@schneiderwallace.com
Carolyn H. Cottrell, *Pro Hac Vice*
Email: ccottrell@schneiderwallace.com
Samantha A. Smith*, Pro Hac Vice*
Email: sasmith@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
   KONECKY LLLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: /s/ Paula Lehmann
   Paula Lehmann, WSBA #20678
   E-mail: paulalehmann@dwt.com
   Melissa Mordy, WSBA #41879
   Email: missymordy@dwt.com
   Margaret Burnham, WSBA #47860
   Email: megburnham@dwt.com
   929 108th Avenue NE, Suite 1500
   Bellevue, Washington 98004
   Telephone: (425) 646-6194
   Facsimile: (425) 646-6199

   Kathryn S. Rosen, WSBA #29465
   Email: katierosen@dwt.com
   Scott Prange, WSBA #53980
   Email: scottprange@dwt.com
   DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: (206) 757-8134
   Facsimile: (206) 757-7134

*Attorneys for Defendants*

STIPULATION AND ORDER - 6
Case No. 2:22-cv-00078 JHC