UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAHAN ADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP<br><br>Defendants. | No. 2:22-CV-00078-JHC<br><br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

This matter comes before the Court on Defendant Swedish Health Services' d/b/a Swedish Medical Group's Motion to Dismiss Under FRCP 12(b)(1) or, in the Alternative, to Strike Class and Collective Claims Under FRCP 12(f).  Dkt. # 37.  The motion is unopposed. Because it appears meritorious, the Court GRANTS the motions and DISMISSES this matter without prejudice.

DATED this 17th day of March, 2023.

*John H. Chun*
JOHN H. CHUN
United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS - 1
(Case No. 2:22-cv-00078-JHC)