UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAHAN ADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP and PROVIDENCE HEALTH & SERVICES,<br><br>Defendant. | CASE NO. 2:22-cv-00078-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Reconsideration. Dkt. # 40. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Defendant to file a response to the motion by no later than 5 p.m., Thursday, March 23, 2023.

The Court DIRECTS the Clerk to re-note Plaintiff's motion, Dkt. # 40, for Thursday, March 23, 2023.

Dated this 20th day of March, 2023.

John H. Chun
United States District Judge

ORDER - 1