1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

ISMAHAN ADAN, individually and on
behalf of all others similarly situated,

CASE NO. 2:22-cv-00078-JHC

9

Plaintiff,

ORDER

10

v.

11

12

SWEDISH HEALTH SERVICES d/b/a
SWEDISH MEDICAL GROUP and
PROVIDENCE HEALTH & SERVICES,

13

Defendant.

14

15    This matter comes before the Court on Plaintiff's Motion for Reconsideration.  Dkt. # 40.

16    The Court has considered the materials submitted in support of, and in opposition to, the motion,

17    as well as the balance of the case file and applicable law.  Being fully advised, the Court

18    DENIES the motion because Plaintiff does not show either manifest error in the prior order (Dkt.

19    # 39) or new facts or legal authority that "could not have been brought to [the Court's] attention

20    earlier with reasonable diligence."  *See* LCR 7(h)(1).

21    Dated this 23rd day of March, 2023.

22

23

24

ORDER - 1

1

2

3

John H. Chun
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2