# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAHAN ADAN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>v.<br>SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP and PROVIDENCE HEALTH & SERVICES<br><br>Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-00078-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case be dismissed without prejudice.  Dkt. # 39.

Dated March 24, 2023.

Ravi Subramanian
Clerk of Court

/s/Ashleigh Drecktrah
Deputy Clerk
